PROB 12B
(12/98)

# United States District Court

for

## Southern District of Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Anthony David Jones**　　　　　　　　　　　　　　Case Number: **CR-1-02-099**

Name of Sentencing Judicial Officer:　　**The Honorable S. Arthur Spiegel**
　　　　　　　　　　　　　　　　　　　　**United States Senior District Judge**

Date of Original Sentence: **July 28, 1997**

Original Offense: **Conspiracy to Distribute Crack Cocaine**

Original Sentence: **55 months BOP confinement, 5 years supervised release. Supervised release revoked- 24 months BOP confinement, 27 months supervised release.**

Type of Supervision: **Term of Supervised Release**　　　Date Supervision Commenced: **March 23, 2005**

## PETITIONING THE COURT

[ ]　To extend the term of supervision for years, for a total term of years.
[X]　To modify the conditions of supervision as follows:

**The offender shall submit his person, residence, place of business, computer, vehicle, or any other property under his control, including safety deposit boxes or storage facilities to a warrantless search, conducted and controlled by the U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the offender shall inform any other residents that the premises may be subject to a search pursuant to this condition.**

## CAUSE

Jones was recently released onto supervised release. He relocated to the Cleveland, Ohio area in the Northern District of Ohio. He has a lengthy record with organized gang affiliations. He was placed under the supervision of the intensive supervision specialist in Cleveland because of his danger to society. The officer met with Jones about the above stated modification. His rights were explained in detail. Jones stated he understood the rights, but was in agreement with the proposed search modification. He then voluntarily signed the waiver form.

Based on Jones prior record, organized gang affiliations, and his agreement with the proposed modification, this officer respectfully recommends the Court grant the modification as stated above.

PROB 12B
(12/98)

2

Please find the executed waiver form attached to this petition.

Respectfully submitted,

by  *[signature]*
Robert C. Frommeyer,, Jr.
Senior U. S. Probation Officer
Date:   **May 12, 2005**

Approved:

by  *[signature]*
John C. Cole
Supervising U. S. Probation Officer
Date:   5/12/05

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Signature of Judicial Officer

5/13/05
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF OHIO

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Search and Seizure

   The offender shall submit his person, residence, place of business, computer, vehicle, or any other property under his control, including safety deposit boxes or storage facilities to a warrantless search, conducted and controlled by the U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the offender shall inform any other residents that the premises may be subject to a search pursuant to this condition.

Witness: _____     Signed: _____
   U.S. Probation Officer                  Probationer or Supervised Releasee

            04/09/2005
            _____
            DATE