| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED<br>JAMES BONINI<br>CLERK<br>05 JUL -6 PM 3:43 | DOCKET NUMBER *(Tran. Court)*<br>1:02CR00099 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Anthony David Jones | DISTRICT<br>Southern District of Ohio | DIVISION | |
| | NAME OF SENTENCING JUDGE<br>The Honorable S. Arthur Spiegel<br>United States Senior District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 23, 2005 | TO<br>June 22, 2007 |
| OFFENSE<br>Conspiracy to Distribute Crack Cocaine | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"Southern District of Ohio"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/13/05_                     _[signature]_
Date                              United States Senior District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of Ohio**

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-31-05_                 _[signature]_
Effective Date                 United States District Judge