United States District Court
Southern District of Ohio, Western Division
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

July 7, 2005

Clerk of Court
Carl B Stokes US Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Re: *USA v. Anthony David Jones*   Case# 1:02cr099

Dear Clerk:

Enclosed please find the Order Transferring Jurisdiction signed by Judge S. Arthur Spiegel for the above listed defendant. Also enclosed are the certified copies of the indictment, judgment, transfer form, and docket sheet.

If you have any questions, please do not hesitate to call. I can be reached at 513-564-7650.

Please acknowledge receipt below and return a copy of this letter to the above address.

Sincerely,

JAMES BONINI, Clerk
Southern District of Ohio, Cincinnati

*Arthur Hill*
Arthur Hill, Courtroom Deputy
(513) 564-7652

Attachments

Date:_____    Your Case No: 1:05CR0335    Clerk:_____

JUDGE O'MALLEY